AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BROADCAST MUSIC, INC.; INTERIOR MUSIC CORP.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; et a . <br> *Plaintiff(s)* <br> v. <br> THE VERO BEACH INN, LLC D/B/A VERO BEACH INN & SUITES; JOHN JUSTIN FORD; and DIANA C. VAUGHN, each individua y <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br> 2:15-cv-14348-Martinez/Lynch |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE VERO BEACH INN, LLC D/B/A VERO BEACH INN & SUITES
C/O PAX PROPERTIES, REGISTERED AGENT
308 NW 1 AVENUE
DELRAY BEACH, FLORIDA 33444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER, FLORIDA 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Oct 7, 2015

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; INTERIOR MUSIC<br>CORP.; ABKCO MUSIC, INC.;<br>WARNER-TAMERLANE PUBLISHING CORP.;<br>ELEKSYLUM MUSIC, INC.; et a . | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.<br>2:15-cv-14348-Martinez/Lynch |
| THE VERO BEACH INN, LLC D/B/A VERO BEACH<br>INN & SUITES; JOHN JUSTIN FORD; and<br>DIANA C. VAUGHN, each individua y | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DIANA C. VAUGHN
8797 20TH STREET
VERO BEACH, FLORIDA 32966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER, FLORIDA 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Oct 7, 2015
_____

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BROADCAST MUSIC, INC.; INTERIOR MUSIC CORP.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; et a . | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No. 2:15-cv-14348-Martinez/Lynch |
| THE VERO BEACH INN, LLC D/B/A VERO BEACH INN & SUITES; JOHN JUSTIN FORD; and DIANA C. VAUGHN, each individua  y | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN JUSTIN FORD
30 SOUTH L STREET #2
LAKE WORTH, FLORIDA 33460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER, FLORIDA 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Oct 7, 2015

Steven M. Larimore
Clerk of Court



*s/ J. Adams*

Deputy Clerk
U.S. District Courts